IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS FRINGE BENEFIT ) <br> FUNDS OF ILLINOIS and ) <br> ANGELICA B. AMBROSE, as ) <br> Administrative Manager, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> A2Z FLOORING BY LOCKHART, INC., ) <br> an Illinois corporation, ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> NO. 13 C 7642 <br><br> JUDGE ROBERT W. GETTLEMAN |

## **PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al*., by and through their attorneys, default having been entered against the Defendant on January 14, 2014, request this Court enter judgment against Defendant, A2Z FLOORING BY LOCKHART, INC., an Illinois corporation. In support of that Motion, Plaintiffs state:

1. On January 14, 2014, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for February 2013 forward within 14 days of the entry of said order. The Court also entered an order that judgment would be entered after the reports were submitted to Plaintiffs and Plaintiffs determined all amounts due and owing from Defendant.

2. In lieu of turning over the required monthly fringe benefit contribution reports, on September 12, 2014, Defendant submitted to an audit of its payroll books and records by Plaintiffs' auditors. The audit was conducted for the time period January 1, 2013 through May 31, 2013. The

audit findings show that the Defendant is delinquent in contributions to the Funds in the amount of $70,802.08. (See Affidavit of Deborah L. French).

3. Additionally, the amount of $25,108.11 is due for liquidated damages. (French Aff. Par. 5). Plaintiffs' auditing firm of Bansley and Kiener, L.L.P. charged Plaintiffs a total of $1,275.00 to perform the audit examination and complete the report (French Aff. Par. 7).

4. Pursuant to the Trust Agreements, a liquidated damages surcharge has been assessed against the Defendant in the amount of one and one-half (1.5%) percent of the total contributions untimely received, compounded monthly at one and one-half (1.5%) percent, for the period accrued through June 30, 2015, in the total amount of $780.43.

5. In addition, Plaintiffs' firm has expended the total amount of $6,311.25 in attorneys' fees and $1,179.00 in costs, for a total of $7,490.25, in this matter. (See Affidavit of Catherine M. Chapman).

6. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $105,455.87.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $105,455.87.

/s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com
I:\CarpsJ\A2Z\motion-judgment (2).cms.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>20th</u> day of <u>August 2015</u>:

                Mr. Steven Lockhart, President
                A2Z Flooring by Lockhart, Inc.
                2825 Balsam Court
                Rockford, IL 61109

                                            /s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CarpsJ\A2Z\motion-judgment (2).cms.df.wpd